UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: KATHY CORDAY LIDBURY | CASE NO: 21-00118<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 2 |

On 2/8/2021, I did cause a copy of the following documents, described below,

Chapter 13 Plan ECF Docket Reference No. 2

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/8/2021

/s/ Blake Goodman
Blake Goodman  7436
Blake Goodman PC
900 Fort Street Mall, #910
Honolulu, HI  96813
808 582 4274

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: KATHY CORDAY LIDBURY | CASE NO: 21-00118 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 13 |
| | ECF Docket Reference No. 2 |

On 2/8/2021, a copy of the following documents, described below,

Chapter 13 Plan ECF Docket Reference No. 2

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/8/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Blake Goodman
Blake Goodman PC
900 Fort Street Mall, #910
Honolulu, HI 96813

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                           EXCLUDE

 LABEL MATRIX FOR LOCAL NOTICING    USDC CLERKS OFFICE              AMERICAN EXPRESS
09751                               1132 BISHOP STREET SUITE 250    PO BOX 981537
CASE 21-00118                       HONOLULU HAWAII 96813-2830      EL PASO TX 79998-1537
DISTRICT OF HAWAII
HONOLULU
FRI FEB 5 12-18-02 HST 2021


ATTORNEY GENERAL                    BANK OF AMERICA                 BARCLAYS BANK DELAWARE
425 QUEEN ST                        PO BOX 982238                   PO BOX 8803
HONOLULU HI 96813-2903              EL PASO TX 79998-2238           WILMINGTON DE 19899-8803



EXCLUDE

BLAKE GOODMAN PC                    CAPITAL ONE                     CITIBANK
900 FORT STREET MALL 910            PO BOX 30285                    PO BOX 6241
HONOLULU HI 96813-3716              SALT LAKE CITY UT 84130-0285    SIOUX FALLS SD 57117-6241



CITIBANK                            COMENITY BANKPIER ONE           DEPARTMENT OF TAXATION
PO BOX 6198                         PO BOX 182789                   STATE OF HAWAII
SIOUX FALLS SD 57117-6198           COLUMBUS OH 43218-2789          ATTN- BANKRUPTCY UNIT
                                                                    PO BOX 259
                                                                    HONOLULU HI 96809-0259


DISCOVER FINANCIAL SERVICES LLC     ECS FINANCIAL SERVICES          IRS
PO BOX 3025                         3400 DUNDEE ROAD STE 1800       PO BOX 7346
NEW ALBANY OH 43054-3025            NORTHBROOK IL 60062-2367        PHILADELPHIA PA 19101-7346



JPMORGAN CHASE BANK N A             JPMCBHYATT                      JPMCBRITZ CARLTON
BANKRUPTCY MAIL INTAKE TEAM         PO BOX 15369                    PO BOX 15369
700 KANSAS LANE FLOOR 01            WILMINGTON DE 19850-5369        WILMINGTON DE 19850-5369
MONROE LA 71203-4774



JPMCBSAPPHIRE                       JOHN LOUIE                      MACYS BANKRUPTCING PROCESSING
PO BOX 15369                        PO BOX 691                      PO BOX 8053
WILMINGTON DE 19850-5369            PORT HUENEME CA 93044-0691      MASON OH 45040-8053



                                                                    EXCLUDE

MARVIN SC DANG                      NORDSTROM CREDIT CARD           OFFICE OF THE US TRUSTEE
PO BOX 4109                         PO BOX 6555                     1132 BISHOP STREET SUITE 602
HONOLULU HI 96812-4109              ENGLEWOOD CO 80155-6555         HONOLULU HI 96813-2830



                                                                    EXCLUDE

SYNCBGAP                            VISTANA PORTFOLIO SERVICES      HOWARD M3 HU
PO BOX 965005                       9002 SAN MARCO COURT            1132 BISHOP STREET SUITE 2450
ORLANDO FL 32896-5005               ORLANDO FL 32819-8600           HONOLULU HI 96813-2865
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

                                        DEBTOR
JEFFREY MULFORD                         KATHY CORDAY LIDBURY
BLAKE GOODMAN PC A LAW CORPORATION      45 STEPHEN LN 831
900 FORT STREET MALL                    LAHAINA HI 96761-6048
SUITE 910
HONOLULU HI 96813-3716
```

THE FOLLOWING ENTITIES WERE SERVED VIA THE "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

| (U.S. Trustee) | (Debtor) | (Trustee) |
|---|---|---|
| Office of the U.S. Trustee. | Kathy Corday Lidbury | Howard M.S. Hu |
| 1132 Bishop Street, Suite 602 | 45 Stephen Ln, #831 | 1132 Bishop Street, Suite 2450 |
| Honolulu, HI 96813-2830 | Lahaina, HI 96761 | Honolulu, HI 96813 |
| | represented by: | |
| ustpregion15.hi.ecf@usdoj.gov | Jeffrey Mulford | Ch13mail@aol.com |
| | Blake Goodman, P.C., a Law Corporation | |
| | 900 Fort Street Mall | |
| | Suite 910 | |
| | Honolulu, HI 96813 | |
| | | |
| | jeffbgoffice@gmail.com | |